AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>**TIMOTHY FARR**<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 3:24-mj-745<br><br>**RECEIVED**<br>By CSanso at 9:23 am, Dec 19, 2024 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **TIMOTHY FARR**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951(a)(1) x8 - Interference with Commerce by Threats or Violence

18 U.S.C. § 924(c)(1)(A)(ii) x8 - Using and Carrying a Firearm During and in Relation to a Crime of Violence

Date: December 18, 2024

Caroline H. Gentry
United States Magistrate Judge

City and state: Dayton, OH

### Return

This warrant was received on *(date)* 12/18/24, and the person was arrested on *(date)* 12/19/24
at *(city and state)* Dayton, OH

Date: 12/19/24

*Arresting officer's signature*

CHRIS REED ATF
*Printed name and title*

FILED
RICHARD W. NAGEL
CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
JAN -8 2025 2:03 P