SENTENCING: DATE: **1/29/2026**

CASE CAPTION: **USA v. Timothy Farr** CASE NUMBER: **3:25-cr-00003-01**

Pltfs. Attorney: **Ryan Saunders** Defts. Attorney: **Chris Fogt**

X Defendant appeared with Counsel.

___ Interpreter ___ appeared.

X Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for: 72 mos Cnt 1, 84 mos Cnt 2 consecutive and 84 Cnt 4 consecutive for a total aggregate sentence of 240 months

X Fined $ 0.00 .

X Restitution in the amount of $ 8102.00

X $ 300 Special Assessment

X Special Assessment to be paid immediately.

X Forfeiture of Property.

X 3 Year(s) Supervised Release (Concurrent)

X Conditions of supervised release:

- X Follow the rules and regulations of the Probation Department
- X Defendant must report to supervising agency within 72 hours of release from institution.
- X Defendant must not commit any crimes, either federal, state or local.
- X Defendant must not own, possess, or traffic in any firearm or dangerous weapon.
- X Defendant must not possess, use, or traffic in any controlled substance.
- X Defendant must make himself available for substance abuse testing and or treatment if requested by supervising agency.
- X Defendant shall cooperate in the collection of DNA as required by statute.

X Recommendations to the Bureau of Prisons: The Court recommends that the defendant be accorded all allowable presentence credit for time spent incarcerated on said offense. He be incarcerated at a facility as close to the Cincinnati, OH consistent with his security status. If eligible, RDAP or alternative any available substance abuse treatment. Mental health treatment. Educational and vocational programs/training.

___ Voluntary surrender

___ Taken into custody

X Defendant remanded to custody of the U.S. Marshal

X Defendant's rights of appeal explained and understood

COURT REPORTER Mary Schweinhagen CONVENED: 1:35 pm

DEPUTY CLERK: Liz Penski RECESSED: 3:05 pm